IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:98CR3051 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| CATALINA VAZQUEZ, | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECrimR 55.1(g), counsel for parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendant Exhibits #1, #2, #3, #4, #5, #6, #7/Detention Hearing/July 23, 1998

Government Exhibit #4/Suppression Hearing/August 26, 28, 1998

Defendant Exhibits #1, #2, #3/Suppression Hearing/August 26, 28, 1998

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 24th day of February, 2009.

s/ Richard G. Kopf
United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07